IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY ROBINSON, | ) | 4:08CV3149 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY | ) | |
| DEPARTMENT OF | ) | |
| CORRECTIONS and SGT. | ) | |
| MICHAEL KINNEY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On August 18, 2008, the Clerk of the court sent a copy of the court's previous Memorandum and Order to Plaintiff at his last known address. (Filing No. 6.) On August 22, 2008, that document was returned to the court as "undeliverable" and no forwarding information was provided. (Filing Nos. 7, 8, and 9.)

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until September 30, 2008 to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management

deadline in this case using the following text: September 30, 2008: deadline for informing court of new address.

September 3, 2008.                    BY THE COURT:


                                      s/ Joseph F. Bataillon
                                      Chief United States District Judge